IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MITCHELL REDDICK,** | : | |
| Plaintiff | : | Civil Action No. 1:11-cv-1600 |
| | : | (Chief Judge Kane) |
| v. | : | |
| | : | |
| **CUMBERLAND COUNTY PRISON, et al.,** | : | |
| Defendants | : | |

## ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Presently pending before the Court is Magistrate Judge Carlsons's Report and Recommendation. (Doc. No. 7.) In his report, Judge Carlson recommends that Plaintiff's motion for leave to proceed in forma pauperis (Doc. No. 4) be granted, but that Plaintiff's complaint (Doc. No. 1) be dismissed without prejudice, provided that Plaintiff correct the defects cited in the report within twenty days of a dismissal order (Doc. No. 7 at 16). No timely objections have been filed. On September 12, 2011, Plaintiff filed a motion to amend his complaint. (Doc. No. 8.)

**ACCORDINGLY**, on this 11th day of October 2011, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. No. 7) is **ADOPTED**.

2. Plaintiff's motion for leave to proceed in forma pauperis is **GRANTED**.

3. The above-captioned case shall be **REMANDED** to Magistrate Judge Carlson for further proceedings.

                                                  S/ Yvette Kane
                                                  Yvette Kane, Chief Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania