IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MITCHELL REDDICK,** | : | |
| Plaintiff | : | Civil Action No. 1:11-cv-1600 |
| | : | (Chief Judge Kane) |
| v. | : | |
| | : | |
| **CUMBERLAND COUNTY PRISON, <u>et al.</u>,** | : | |
| Defendants | : | |

## ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Presently pending before the Court is Magistrate Judge Carlson's Report and Recommendation, recommending that Plaintiff's complaint be dismissed with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (Doc. No. 14.) No timely objections have been filed.

**ACCORDINGLY**, on this 22nd day of November 2011, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1. Judge Carlson's Report and Recommendation (Doc. No. 14) is **ADOPTED.**

2. Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE.**

3. The Clerk of Court is directed to close the case.

                                                   S/ Yvette Kane
                                                   Yvette Kane, Chief Judge
                                                   United States District Court
                                                   Middle District of Pennsylvania